## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 06, 2022

Mr. Thomas Jarrard
1020 N. Washington Street
Spokane, WA 99201

Mr. Robert Joseph Leibovich
Shelby County Attorney
160 N. Main Street
Suite 950
Memphis, TN 38103

Re: Case No. 22-6054, *Sedric Ward v. Shelby County, TN*
Originating Case No. : 2:20-cv-02407

Dear Counsel,

This appeal has been docketed as case number **22-6054** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 20, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Ryan E. Orme
                Case Manager
                Direct Dial No. 513-564-7079


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 22-6054

SEDRIC WARD

        Plaintiff - Appellee

v.

SHELBY COUNTY, TN

        Defendant - Appellant